In the Matter of PATRICK E. GRANGER, an Attorney.—A certified copy of the indictment minute sheet of the Supreme Court, Erie County, showing that the above named attorney was convicted on December 21, 1990 of Conspiracy, Second Degree, in violation of Penal Law § 105.15 having been presented to this Court, he is disbarred and his name is stricken from the roll of attorneys. Present—Boomer, J. P., Pine, Balio, Lawton and Lowery, JJ. (Order entered Jan. 10, 1991.)